# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHIGNTON

MARILYN OLSON, on behalf of Steven O. Olson, deceased,

Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

Defendant.

No. 2:12-cv-0563-VEB

JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that**:**

Plaintiff's Motion for Summary Judgment is **GRANTED**. This matter is remanded to the Commissioner for additional proceedings pursuant to 42 U.S.C. § 405(g). Defendant's Motion for Summary Judgment is DENIED and Judgment is entered for Plaintiff.

DATED: April 9, 2014

SEAN McAVOY
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk